UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:22-CV-00154-FDW

| | |
|---|---|
| BILLIE FREDELL, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the Commissioner's Consent Motion to Remand, (Doc. No. 16). Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's Motion to remand this case for further administrative proceedings, to which Plaintiff consents, the Court hereby **GRANTS** the Commissioner's Consent Motion to Remand, (Doc. No. 16). Accordingly, pursuant to sentence four of 42 U.S.C. § 405(g), the Court hereby **REMANDS** this case to Defendant Commissioner for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Shaefer, 509 U.S. 292 (1993).

The Clerk of Court is respectfully **DIRECTED** to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Signed: March 3, 2023

Frank D. Whitney
United States District Judge