UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:22-CV-00154-FDW

| | |
|---|---|
| BILLIE FREDELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, filed on June 1, 2023. (Doc. No. 19). Also before this Court is the parties' Stipulation for Payment of Attorney's Fees pursuant to the Equal Access to Justice Act, ("**EAJA**"), filed on June 7, 2023, (Doc. No. 20). Plaintiff's Motion for Attorney Fees, (Doc. No. 19), is **GRANTED AS MODIFIED** by the parties' Stipulation, (Doc. No. 20).

**IT IS THEREFORE ORDERED** that upon stipulation of the parties, (Doc. No. 20), Defendant will pay Plaintiff $6,000.00 in attorney's fees in full satisfaction of all claims arising under the EAJA, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick K. Arrowood, Esq., and mailed to P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**IT IS SO ORDERED.**

Signed: June 7, 2023

Frank D. Whitney
United States District Judge